CO-386-online
10/03

# United States District Court
# For the District of Columbia

)
)
)
)
)
       Plaintiff  )
VS                    )   Civil Action No._____
)
)
)
)
      Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _Plaintiffs_ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Center for Native Ecosystems_ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

                                 Attorney of Record

                                 _[signature]_
                                 Signature

_MD14062_                    _Robert Ukeiley_
BAR IDENTIFICATION NO.     Print Name

                               _433 Chestnut St_
                               Address

                             _Berea   KY   40403_
                             City      State    Zip Code

                             _859 986 5402_
                             Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

BOULDER REGIONAL GROUP )
)
)
)
)
              Plaintiff )   Civil Action No._____
vs )
)
GALE NORTON )
)
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Boulder Regional Group_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY  40403
City      State      Zip Code

(859) 986-5402
Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

FOREST GUARDIANS )
)
)
)
      vs      Plaintiff )   Civil Action No._____
)
GALE NORTON )
)
)
      Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  plaintiffs  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Forest Guardians  which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ signature_
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY  40403
City        State        Zip Code

(859) 986-5402
Phone Number