AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FOREST GUARDIANS et al.

**SUMMONS IN A CIVIL CASE**

V.

GALE NORTON, in her official capacity as Secretary of the Interior

CASE NUMBER 1:06CV00183

JUDGE: Reggie B. Walton

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/02/2006

TO: (Name and address of Defendant)

Kenneth Wainstein
U. S. Attorney for the District of Columbia
555 4th Street, N. W.
Washington, D. C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                FEB -2 2006

CLERK                                     DATE

(By) DEPUTY CLERK

Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Summons and complaint was made by me[1] | 02-02-06 |

| SERVER (PRINT) | TITLE |
|---|---|
| Brian Litmans | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 501 3rd St NW Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02-02-06       _____[signature]_____
              Date              Signature of Server

9107 Holly Ave Takoma Park MD 20912
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.