UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GALE NORTON, )<br>)<br>Defendant. ) | Civ. No. 1:06-CV-00183 (RBW) |

**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), Plaintiffs respectfully move the Court to admit Brian A. Litmans *pro hac vice* in the above captioned case.

Mr. Litmans is a member in good standing of the bar of the State of Alaska (#0111068). See Declaration of Brian A. Litmans ("Litmans Dec."), attached hereto at p. 1, #1. Mr. Litmans is admitted to practice before the United States District Court for the District of Alaska. He has previously been admitted *pro hac vice* to practice before the United States District Courts for the Northern and Central District of California, and the District of Columbia. Id. Mr. Litmans has been admitted to practice *pro hac vice* before the U.S. District Court for the District of Columbia twice in the past three years. Id. at p.1, #3. Mr. Litmans has never been disciplined by any bar. Id. at p.1, #2.

Mr. Litmans is familiar with the rules of this Court, the facts of this case, and the pleadings of this case. Id. at pp.1-2, # 4-5. If permitted to appear on behalf of Plaintiffs, Mr. Litmans will be associated with the undersigned Robert Ukeiley, who is an active

MOTION FOR ADMISSION
PRO HAC VICE  - 1 -

member in good standing of the bar of this Court. Mr. Ukeiley will participate in the preparation and trial of this case to the extent required by the Court.

  For the reasons set forth above, Plaintiffs' respectfully request that the Court grant this motion for Mr. Litmans to appear *pro hac vice* in all matters in this case.

              Respectfully submitted,

              **/s/**_____
              Robert Ukeiley (MD 14062)
              Law Office of Robert Ukeiley
              433 Chestnut Street
              Berea, KY 40403
              Tel: (859) 986-5402
              Fax: (859) 986-1299
              E-mail: rukeiley@igc.org

Dated: March 14, 2006,