UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>GALE NORTON<br><br>        Defendant. | )<br>)<br>)<br>) Civ. No. 1:06-CV-00183 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF BRIAN A. LITMANS
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Brian A. Litmans declare as follows:

    1.    I am a member in good standing of the bar of the State of Alaska (#0111068). I am also a member in good standing and eligible to practice before the United States District Court for the State of Alaska. I have previously been admitted *pro hac* vice to practice before the United States District Courts for the Northern and Central District of California, and the District of Columbia.

    2.    I have not been disciplined by any bar.

    3.    I have been admitted to practice before the U.S. District Court for the District of Columbia *pro hac vice* twice in the past three years. I was admitted to appear *pro hac vice* in *Center for Biological Diversity, et al. v. Leavitt, et al.*, civ no. 1:04-cv-126 (CKK). I was also admitted to appear *pro hac vice* in *Sierra Club v. EPA*, civ. no. 1:05-cv-750 (ESH).

    4.    I am familiar with the facts and issues presented in the above captioned case.

DECLARATION OF BRIAN A. LITMANS
IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* - 1 -

5. I have read and understand the Local Rules for the United States District Court for the District of Columbia, the United States Judicial Code, the Federal Rules of Civil Procedure, and the Code of Professional Responsibility of the District of Columbia Court of Appeals. I will faithfully adhere to these rules.

6. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of March, 2006, in Takoma Park, Maryland.

Brian A. Litmans (AK 0111068)
Attorney at Law
7107 Holly Ave.
Takoma Park, MD 20912
Telephone: (301) 587-2619
Facsimile: (301) 587-2619
litmans@worldnet.att.net

DECLARATION OF BRIAN A. LITMANS
IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* - 2 -