UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al., )<br>)<br>Plaintiffs, )<br>) Civ. No. 1:06-CV-00183 (RBW)<br>v. )<br>)<br>GALE NORTON, )<br>)<br>Defendant. )<br>_____) | |

**[proposed] ORDER**

Upon consideration of Plaintiffs' motion to admit Brian A. Litmans *pro hac vice*, it is, hereby ORDERED that Plaintiffs' motion to admit Brian A. Litmans *pro hac vice* is GRANTED, and it is hereby FURTHER ORDERED that Brian A. Litmans may appear before the Court on all matters concerning the above captioned case.

**SO ORDERED** on this _____ day of _____, 2006.

_____
Reggie B. Walton
United States District Judge

[proposed] ORDER - 1 -

To be served on:

Robert Ukeiley (MD 14062)
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
Tel: (859) 986-5402
Fax: (859) 986-1299
E-mail: rukeiley@igc.org

Brian A. Litmans (AK Bar No. 0111068)
Attorney at Law
7107 Holly Avenue
Takoma Park, MD 20912
Tel: (301) 775-1167
E-mail: litmans@worldnet.att.net

Joseph H. Kim, Trial Attorney
U.S. Dept. of Justice
Environment & Natural Resource Division
Wildlife & Marine Resources Section
(202) 305-0207 (phone)
(202) 305-0275 (fax)
joseph.kim@usdoj.gov

Mailing Address
P.O. Box 7369
Washington D.C. 20044-7369

Overnight Delivery Address
Patrick Henry Building
Rm 3034
601 D Street NW
Washington, D.C. 20004

[proposed] ORDER - 2 -