UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>P. LYNN SCARLETT, Acting Secretary of the Interior, )<br>)<br>Defendant. )<br>_____) | Civil No. 06-183 (RBW) |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER**

Plaintiffs, Forest Guardians, Boulder Regional Group, and Center for Native Ecosystems, and Defendant, P. Lynn Scarlett, Acting Secretary of the Interior,[1] by and through their undersigned counsel, hereby move the Court for an extension of time to file the answer (or otherwise plead) in this case to May 18, 2006. In support of this motion, the parties state as follows:

1. Plaintiffs served their Complaint in this action on the U.S. Attorney for the District of Columbia on February 2, 2006. Defendant's answer is thus due to be filed by April 3, 2006.

2. The parties are currently exploring the possibility of settlement. At this stage, it appears that there is enough of a possibility of settlement that the parties would prefer to direct Defendant's energies towards attempting settlement rather than answer the Complaint.

3. Pursuant to LCvR 7(m), that parties' counsel have conferred and agreed that Defendant may present this motion as an agreed motion.

4. Accordingly, the parties seek a 45 day extension of time to answer or otherwise plead -- until May 18, 2006. This extension of time is anticipated to allow the parties time to further explore settlement possibilities, with the goal of completing settlement discussions during this time.

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), in her official capacity, P. Lynn Scarlett is automatically substituted as a Defendant in place of Gale Norton.

Dated: April 3, 2006                    Respectfully submitted,

    s/ Robert Ukeiley
ROBERT UKEILEY
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY  40403
Telephone:  (859) 986-5402
Facsimile:  (859) 986-1299
rukeiley@igc.org

    s/ Brian A. Litmans
BRIAN A. LITMANS
7107 Holly Ave.
Tacoma Park, MD  20912
Telephone:  (301) 587-2619
Facsimile:  (301) 587-2619
litmans@worldnet.att.net

Attorneys for Plaintiffs


SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

    s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

Attorneys for Defendant