UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>P. LYNN SCARLETT, Acting Secretary of the Interior, )<br>)<br>Defendant. )<br>_____) | Civil No. 06-183 (RBW) |

**[PROPOSED] ORDER**

This matter having come before the Court on the Parties Agreed Motion for Extension of Time to Answer, that motion is GRANTED, and it is hereby ORDERED that Defendants are granted an extension of time, until May 18, 2006, to answer or otherwise plead.

IT IS SO ORDERED,

_____     _____
DATED                               REGGIE B. WALTON
                                    UNITED STATES DISTRICT JUDGE