UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>P. LYNN SCARLETT, Acting Secretary of the Interior, )<br>)<br>Defendant. )<br>_____) | Civil No. 06-183 (RBW) |

**SECOND AGREED MOTION FOR EXTENSION OF TIME TO ANSWER**

Plaintiffs, Forest Guardians, Boulder Regional Group, and Center for Native Ecosystems, and Defendant, P. Lynn Scarlett, Acting Secretary of the Interior,[1] by and through their undersigned counsel, hereby move the Court for an extension of time to file the answer (or otherwise plead) in this case to June 8, 2006. In support of this motion, the parties state as follows:

1. Pursuant to the Order entered on April 4, 2006, on the parties first Agreed Motion for Extension of Time, Defendant's answer is now due to be filed by May 18, 2006.

2. The parties have been exploring the possibility of settlement. At this stage, a settlement agreement has been reached in principle, subject to Defendant's review process within the federal government.

3. Pursuant to LCvR 7(m), that parties' counsel have conferred and agreed that Defendant may present this motion as an agreed motion.

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), in her official capacity, P. Lynn Scarlett is automatically substituted as a Defendant in place of Gale Norton.

4. Accordingly, the parties seek a 21 day extension of time to answer or otherwise plead -- until June 8, 2006. This extension of time is anticipated to allow the parties time to complete their settlement agreement.

Dated: May 18, 2006                                          Respectfully submitted,

  s/ Robert Ukeiley                       SUE ELLEN WOOLDRIDGE
ROBERT UKEILEY (MD14062)       Assistant Attorney General
Law Office of Robert Ukeiley          JEAN E. WILLIAMS, Section Chief
433 Chestnut Street                        LISA L. RUSSELL, Assistant Section Chief
Berea, KY 40403
Telephone: (859) 986-5402               s/ Joseph H. Kim
Facsimile: (859) 986-1299               JOSEPH H. KIM, Trial Attorney (IL6243249)
rukeiley@igc.org                          U.S. Department of Justice
                                             Environment & Natural Resources Division
  s/ Brian A. Litmans                Wildlife & Marine Resources Section
BRIAN A. LITMANS                   Ben Franklin Station, P.O. Box 7369
7107 Holly Ave.                           Washington, D.C. 20044-7369
Tacoma Park, MD 20912              Telephone: (202) 305-0207
Telephone: (301) 587-2619            Facsimile: (202) 305-0275
Facsimile: (301) 587-2619             joseph.kim@usdoj.gov
litmans@worldnet.att.net
                                             Attorneys for Defendant

Attorneys for Plaintiffs