UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 06-183 (RBW) |
| ) | |
| P. LYNN SCARLETT, Acting Secretary of the Interior, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on the Parties Second Agreed Motion for Extension of Time to Answer, that motion is GRANTED, and it is hereby ORDERED that Defendants are granted an extension of time, until June 8, 2006, to answer or otherwise plead.

IT IS SO ORDERED,

_____        _____
DATED                                             REGGIE B. WALTON
                                                         UNITED STATES DISTRICT JUDGE