UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 06-183 (RBW) |
| ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT MOTION FOR ENTRY OF ORDER
APPROVING A STIPULATED SETTLEMENT AGREEMENT**

Plaintiffs, Forest Guardians, Boulder Regional Group, and Center for Native Ecosystems, and Defendant, Dirk Kempthorne, sued in his official capacity as Secretary of the Interior,[1] by and through their undersigned counsel, jointly move this Court for entry on an Order approving the attached Stipulated Settlement Agreement. In support of this motion, the parties state as follows:

1. The parties have negotiated a settlement agreement that would resolve all matters at issue in this case. A copy of this Stipulated Settlement Agreement and Proposed Order is attached hereto as Exhibit 1.

2. Upon approval of this Agreement by the Court, all counts of Plaintiffs' Complaint shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

WHEREFORE, the parties request that this Court enter an Order approving the attached Stipulated Settlement Agreement.

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), in his official capacity, Dirk Kempthorne is automatically substituted as a Defendant in place of Gale Norton.

Dated: June 1, 2006    Respectfully submitted,

   s/ Robert Ukeiley
ROBERT UKEILEY (MD14062)
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY  40403
Telephone:  (859) 986-5402
Facsimile:  (859) 986-1299
rukeiley@igc.org


   s/ Brian A. Litmans
BRIAN A. LITMANS
7107 Holly Ave.
Tacoma Park, MD  20912
Telephone:  (301) 587-2619
Facsimile:  (301) 587-2619
litmans@worldnet.att.net

Attorneys for Plaintiffs


SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

   s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney (IL6243249)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

Attorneys for Federal Defendants